UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ADRON LITTLMANE FLOYD,

    Plaintiff,

v.                                           Case No. 2:04-cv-282
                                           HON. ROBERT HOLMES BELL

PATRICIA L. CARUSO, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On February 16, 2012, a settlement conference was conducted by telephone in this matter. The parties reached a settlement and the terms of the settlement were placed on the record. Accordingly, it is recommended that this case be DISMISSED in its entirety.

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).

                                                       /s/ Timothy P. Greeley
                                                       TIMOTHY P. GREELEY
                                                       UNITED STATES MAGISTRATE JUDGE

Dated:  February 16, 2012